LOAN MATURITY DATE EXTENSION AGREEMENT

This loan maturity date extension and rate adjustment is an agreement by and between Indian Land Capital Company and Infrastructure Development Company, LCA.

Terms not otherwise defined herein shall have the same meaning ascribed to such terms in the following documents: Loan Agreement, Promissory Note, dated February 2, 2016, and other such documents that were agreed to by the parties in accordance with the Loan Agreement and Promissory Note.

The agreement between the parties required that the Infrastructure Development Company LCA, in exchange for a loan in the amount of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00), pay to Indian Land Capital Company, principal and accrued interest on the rest maturity date of August 31, 2019

The current total due on the loan to date is an interest payment of ONE HUNDRED SIXTY EIGHT THOUSAND TWO HUNDRED AND FIFTY DOLLARS ($168,250.00) that has accrued from the original transaction date of February 2, 2016

The Indian Land Capital Company, for good and valuable consideration has agreed to extend the maturity date on the loan.  The previous maturity date was August 31, 2017, the adjusted maturity date now will be August 31, 2019.  At maturity the amount due will be ONE MILLION EIGHT HUNDRED THOUSAND DOLLARS (1,800,000.00)

All other terms and conditions of the transaction shall remain in effect from the original documents.

The extent of this agreement is understood and intended by both parties to be a maturity date extension with and shall act as an extension of the Promissory Note and shall not act as a novation of such.

All other terms remain controlled by the original loan documents.

IN WITNESS THEROF, intending to be legally bound, the parties hereto have caused this Agreement to be signed by their duly authorized officers.

DATED: November 30th, 2017                    Infrastructure Development Company, LCA


_____

IDC Executive Director


Indian Land Capital Company


_____

Chief Executive Officer

EXHIBIT
3