

LOAN MATURITY DATE EXTENSION AGREEMENT

This loan maturity date extension and rate adjustment is an agreement by and between Indian Land Capital Company and Tribal Infrastructure Development Company, LLC.

Terms not otherwise defined herein shall have the same meaning ascribed to such terms in the following documents: Loan Agreement, Promissory Note, dated February 2, 2016, and other such documents that were agreed to by the parties in accordance with the Loan Agreement and Promissory Note.

The agreement between the parties required that the Infrastructure Development Company LLC, in exchange for a loan in the amount of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00), pay to Indian Land Capital Company, principal and accrued interest on the maturity date of August 31, 2019

The current total due on the loan to date is the principal of ONE MILLION FIVE HUNDRED THOUSDAND DOLLARS ($1,500,000.00) and interest due of THREE HUNDRED NINETY TWO THOUSAND NINE HUNDRED AND SEVENTEEN DOLLARS AND NINETY SIX CENTS ($392,917.96) that has accrued from the last interest payment made by the borrower.

The Indian Land Capital Company, in exchange for a partial payment of FIFTY THOUSAND DOLLARS ($50,000.00) due immediately and FIFTY THOUSAND DOLLARS ($50,000.00) due on December 24, 2019 has agreed to extend the maturity date on the loan. The previous maturity date was August 31, 2019, the adjusted maturity date now will be June 30, 2020. At maturity the amount due will be TWO MILLION FIFTY SIX THOUSAND SEVEN HUNDRED AND NINE DOLLARS AND EIGHTY EIGHT CENTS ($2,056,709.88)

All other terms and conditions of the transaction shall remain in effect from the original documents.

The extent of this agreement is understood and intended by both parties to be a maturity date extension with and shall act as an extension of the Promissory Note and shall not act as a novation of such.

All other terms remain controlled by the original loan documents.

**SIGNATURE PAGE FOLLOWS**

151 East County Road B2 • Little Canada, MN 55117 • 651-444-5759 • www.ilcc.net

EXHIBIT 4

IN WITNESS WHEREOF, intending to be legally bound, the parties hereto have caused this Agreement to be signed by their duly authorized officers.

DATED: September 30th 2019

Tribal Infrastructure Development Company, LLC

_____
Chairman

Indian Land Capital Company

_____
CEO and President