UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| INDIAN LAND CAPITAL COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>INFRASTRUCTURE DEVELOPMENT COOPERATIVE, LCA; HIGHLAND PARK MANAGEMENT, LLC; L. STEVEN HAYNES; and RAYCEN RAINES,<br><br>Defendant. | 5:21-cv-5015<br><br><br>**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff Indian Land Capital Company, LLC ("ILCC"), hereby requests the Court enter default judgment against Defendant Infrastructure Development Cooperative LCA ("IDC") in the amount of two million, three hundred thirty-one thousand, eight hundred thirty-three and 33/100 dollars ($2,331,833.33) for an unpaid debt as pleaded in Count 1 of the Complaint. The Clerk of Courts entered default against Defendant IDC pursuant to Federal Rule of Civil Procedure 55(a) on November 4, 2021. Defendant IDC is neither a minor nor an incompetent person, and Plaintiff's claim against Defendant IDC with respect to Count 1 is for a sum certain or for an amount that can be made certain by computation. Therefore, Plaintiff respectfully requests Judgment in the amount set forth above.

This Motion for Default Judgment is supported by the Affidavit of Joel Rische, ILCC's Complaint and attached exhibits, the Certificate of Service, and all other papers and pleadings on file with the Court in this matter.

Dated at Sioux Falls, South Dakota, this 4th day of November, 2021.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

_____
Mitchell A. Peterson
Joel Rische
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: mpeterson@dehs.com
E-mail: jrische@dehs.com
*Attorneys for Plaintiffs*