UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| INDIAN LAND CAPITAL COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>INFRASTRUCTURE DEVELOPMENT COOPERATIVE, LCA; HIGHLAND PARK MANAGEMENT, LLC; L. STEVEN HAYNES; and RAYCEN RAINES,<br><br>Defendants,<br><br>HIGHLAND PARK MANAGEMENT, LLC, and L. STEVEN HAYNES,<br><br>Cross-Claim Plaintiffs,<br><br>vs.<br><br>INFRASTRUCTURE DEVELOPMENT COOPERATIVE, LLC,<br><br>Cross-Claim Defendant. | CIV. 21-5015-JLV<br><br><br>ORDER FOR<br>DEFAULT JUDGMENT |

    On March 8, 2021, plaintiff Indian Land Capital Company, LLC, filed a five-count amended complaint against defendant Infrastructure Development Cooperative, LCA, ("Infrastructure Development Cooperative") and the other defendants. (Docket 13). Count 1 alleges Infrastructure Development Cooperative breached its contract and failed to perform under a promissory note and loan agreement with plaintiff. Id. ¶¶ 123-25. The amended complaint alleges "[a]s of March 4, 2021, the amount due and owing is $1,500,000 . . . in principal and $729,750 . . . in interest, a sum total of $2,229,750." Id. ¶ 127. Count 2 alleges that by the loan agreement, Infrastructure Development Cooperative granted plaintiff a security agreement in six titled vehicles. Id.

¶ 129.  Plaintiff alleges it perfected a security interest in the vehicles.  Id. ¶ 131. Because of the defendant's breach of contract, plaintiff alleges it is entitled "to immediate possession of the [v]ehicles."  Id. ¶ 132.  Count 3 alleges Infrastructure Development Cooperative sold the encumbered vehicles without plaintiff's consent.  Id. ¶ 136.  By Infrastructure Development Cooperative allegedly converting the funds received from the sale of the vehicles, plaintiff claims to have suffered damages of "approximately $400,000."  Id. ¶ 138. Count 4 alleges fraud and deceit against all defendants.  Id. at p. 17.  Plaintiff alleges the defendants made "misrepresentations with the intent of inducing [plaintiff's] reliance on the representations."  Id. ¶ 141.  The amended complaint alleges plaintiff "reasonably relied on the misrepresentation by entering into the Loan Agreement and the Amendments."  Id. ¶ 142.  Plaintiff alleges it "has been injured by the misrepresentations in an amount not less than the loan proceeds advanced to [Infrastructure Development Cooperative] and accrued interest."  Id. ¶ 143.  The amended complaint alleges defendants "made the misrepresentations intentionally, knowingly, and maliciously," entitling plaintiff "to punitive or exemplary damages."  Id. ¶ 144.  Count 5 is not asserted against Infrastructure Development Cooperative.  Id. ¶¶ 145-52.

Infrastructure Development Cooperative was served with a copy of the summons and the complaint on October 13, 2021.  (Docket 24).  Infrastructure Development Cooperative failed to plead or defend in this action.

On November 4, 2021, plaintiff filed a motion for default judgment pursuant to Fed. R. Civ. P. 55(b).  (Docket 28).  Default was entered pursuant to Fed. R. Civ. P. 55(a) by the Clerk of Court on November 4, 2021.  (Docket 27). With the motion, plaintiff filed an affidavit of one of plaintiff's attorneys, Joel

Rische.  (Docket 29).  The principal amount due by the promissory note and loan agreement was "one million five hundred thousand and 00/100 ($1,500,000.00), with interest accruing at the rate of 10% per annum."  Id. ¶ 3.  "As of March 4, 2021, . . . the accrued interest on the debt totaled $729,750 . . . which amount gave credit to [Infrastructure Development Cooperative] for a single, interest only, payment of $44,000 made prior to" the commencement of the action.  Id. ¶ 4.  As of November 4, 2021, "additional interest . . . of $102,083.33, has accrued, for total accrued interest of $831,833.33."  Id. ¶ 5.  The total sum of "principal and interest due and owing to Plaintiff [Indian Land Capital Company, LLC,] is two million, three hundred thirty-one thousand, eight hundred thirty-three and 33/100 dollars ($2,331,833.33)."  Id. ¶ 6.

The court concludes plaintiff is entitled to a default judgment pursuant to Rule 55(b)(2).  The court finds it is not necessary to conduct a hearing because plaintiff's affidavit and the exhibits attached to both the original complaint and amended complaint appropriately support plaintiff's right to recover a money judgment.  Fed. R. Civ. P. 55(b)(2).

## ORDER

Based on the above analysis, it is

ORDERED that plaintiff's motion for default judgment (Docket 28) is granted.

IT IS FURTHER ORDERED that plaintiff Indian Land Capital Company, LLC, is entitled to entry of a default judgment pursuant to Fed. R. Civ. P. 55(b)(2) against defendant Infrastructure Development Cooperative, LCA.

IT IS FURTHER ORDERED that plaintiff Indian Land Capital Company, LLC, is entitled to a money judgment against defendant Infrastructure

Development Cooperative, LCA, for $2,331,833.33, consisting of principal of $1,500,000 and accrued interest of $831,833.33.

IT IS FURTHER ORDERED that plaintiff is entitled to post judgment interest, compounded annually pursuant to 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that the Clerk of Court shall tax the appropriate costs in this action in favor of plaintiff pursuant to Civil Local Rule 54.1.

Dated December 3, 2021.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE