UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| INDIAN LAND CAPITAL COMPANY, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>INFRASTRUCTURE DEVELOPMENT COOPERATIVE, LCA; HIGHLAND PARK MANAGEMENT, LLC; L. STEVEN HAYNES; and RAYCEN RAINES,<br><br>    Defendants,<br><br>HIGHLAND PARK MANAGEMENT, LLC, and L. STEVEN HAYNES,<br><br>    Cross-Claim Plaintiffs,<br><br>  vs.<br><br>INFRASTRUCTURE DEVELOPMENT COOPERATIVE, LLC,<br><br>    Cross-Claim Defendant. | CIV. 21-5015-JLV<br><br>JUDGMENT |

The court entered an order for default judgment in favor of plaintiff Indian Land Capital Company, LLC, and against defendant Infrastructure Development Cooperative, LCA.  (Docket 30).  Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that plaintiff Indian Land Capital Company, LLC, shall have and recover a total money judgment of $2,331,833.33, consisting of principal of $1,500,000 and accrued interest of $831,833.33, and post judgment interest pursuant to 28 U.S.C. § 1961 against defendant Infrastructure Development Cooperative, LCA.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED the Clerk shall assess costs against defendant Infrastructure Development Cooperative, LCA, and in favor plaintiff Indian Land Capital Company, LLC.

Dated December 3, 2021.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE