UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| INDIAN LAND CAPITAL COMPANY, LLC,<br><br>            Plaintiff,<br><br>  vs.<br><br>HIGHLAND PARK MANAGEMENT, LLC, and L. STEVEN HAYNES,<br><br>            Defendants. | 5:21-CV-05015-KES<br><br>AMENDED TRIAL SCHEDULING ORDER |

The following deadlines are set for this case:

**Court trial:**             **Tuesday, October 28, 2025, at 9:00am**

In addition, the parties will provide a copy of all exhibits and an exhibit list to the court and opposing counsel **by noon the day prior to trial**. Each exhibit should have its own number. Do not use subparts when marking exhibits.

Dated September 23, 2025

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE