UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| INDIAN LAND CAPITAL COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>INFRASTRUCTURE DEVELOPMENT COOPERATIVE, LCA; HIGHLAND PARK MANAGEMENT, LLC; L. STEVEN HAYNES; and RAYCEN RAINES,<br><br>Defendants. | 5:21-cv-5015<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sydney P. Boots of the law firm of Davenport, Evans, Hurwitz & Smith, LLP hereby enters an appearance on behalf of Plaintiff Indian Land Capital Company, LLC, in the above-captioned matter. All further notices, correspondence, and pleadings regarding this Plaintiff should be sent to the undersigned counsel at that address noted below.

Dated at Sioux Falls, South Dakota, this 29th day of October, 2025.

*/s/ Syndey P. Boots*

Sydney P. Boots
Joel R. Rische
Davenport, Evans, Hurwitz & Smith, L.L.P.
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
Telephone: 605-357-1258
E-mail:  jrische@dehs.com
          sboots@dehs.com